FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 7 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC GUTIERREZ, JR., <br> Petitioner, <br> v. <br> ROBERT L. AYERS, JR., Warden of California State Prison at San Quentin, <br> Respondent. | CASE NO. CV 05-3706 DOC <br> **DEATH PENALTY** <br> JUDGMENT |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, due to the death of petitioner Isaac Gutierrez, Jr., the First Amended Petition for Writ of Habeas Corpus shall be, and hereby is, DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: January 6, 2009

_____
DAVID O. CARTER
United States District Judge